PAUL KASKEL & SONS, INC., Appellant, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

Argued March 5, 1951; decided April 12, 1951.

*Norman Winer* for appellant.

*Stewart Maurice, Charles R. McNamee* and *Robert Brooks White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.